JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIEF-MART, INC., a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>FREDMAN BROTHERS FURNITURE COMPANY, INC., an Illinois corporation; and DOES 1 – 10, inclusive,<br><br>       Defendants. | Case No. CV 08-8301 VBF (MANx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to a written settlement agreement between the parties and in accordance with the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as against all named and unnamed parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its

//

//

//

own fees and costs of suit.  The Court shall retain jurisdiction over any matter relating to or arising out of the parties' settlement agreement or any allegation regarding a breach of that agreement.

Dated:  July 15, 2009

*Valerie Baker Fairbank*
Valerie Baker Fairbank
U.S. District Court Judge

Submitted by:

Marc A. Karish (State Bar No. 205440)
Douglas H. Morseburg (State Bar No. 126205)
SHELDON MAK ROSE & ANDERSON PC
100 Corson Street, Third Floor
Pasadena, California  91103-3842
Telephone: 626.796.4000
Facsimile: 626.795.6321
E-Mail: mkarish@usip.com

Attorneys for Plaintiff and Counterclaim
Defendant Relief-Mart, Inc.